The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENT FREI,

                Plaintiff,

      v.

FEDERAL INSURANCE COMPANY,

                Defendant.

CASE NO. 2:20-cv-01113-TSZ

ORDER EXTENDING TRIAL DATE
AND RELATED DATES

THIS MATTER having come before the Court on the parties' Stipulated Motion to Extend Trial Date and Related Dates and the Court having reviewed the pleadings and evidence presented and on file in this case, and the Court being fully advised as to the issues presented, the Court hereby

ORDERS, ADJUDGES AND DECREES that the parties' Stipulated Motion to Extend Trial Date and Related Dates is hereby GRANTED.

The requested trial date and related dates are modified as follows:

|  | **Existing Date** | **Proposed New Date** |
|---|---|---|
| Deadline to Amend Pleadings | March 8, 2021 | April 9, 2021 |
| Expert Disclosures Due | March 8, 2021 | June 28, 2021 |
| Deadline to File Motions Related to Discovery | April 29, 2021 | August 18, 2021 |
| Discovery Cutoff | June 7, 2021 | September 27, 2021 |
| Deadline to File Dispositive Motions | July 8, 2021 | October 28, 2021 |

ORDER EXTENDING TRIAL DATE AND RELATED
DATES - 1
CASE NO. 2:20-cv-01113-TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

| | | |
|---|---|---|
| Deadline to File Motions Related to Expert Witnesses | July 15, 2021 | November 8, 2021 |
| Deadline to File Motions in Limine | August 26, 2021 | December 16, 2021 |
| Agreed Pretrial Order Due | September 10, 2021 | December 30, 2021 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due | September 10, 2021 | December 30, 2021 |
| Pretrial Conference at **10:00 AM** on | September 17, 2021 | January 7, 2022 |
| Trial | September 27, 2021 | January 18, 2022 |

IT IS SO ORDERED.

DATED this 8th day of March, 2021.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

*Presented by:*

SUMMIT LAW GROUP PLLC                SOHA & LANG, P.S.

By *s/ Philip S. McCune*                By *s/ Geoffrey C. Bedell*
By *s/ Lawrence C. Locker*                Geoffrey C. Bedell, WSBA #28837
   Philip S. McCune, WSBA #21081                1325 Fourth Avenue, Suite 2000
   Lawrence C. Locker, WSBA #15819                Seattle, WA  98101-2570
   315 Fifth Avenue S., Suite 1000                (206) 624-1800
   Seattle, WA  98104-2682                *bedell@sohalang.com*
   (206) 676-7000
   *philm@summitlaw.com*
   *larryl@summitlaw.com*

*Attorneys for Plaintiff Brent Frei*

ORDER EXTENDING TRIAL DATE AND RELATED
DATES - 2
CASE NO. 2:20-cv-01113-TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:  (206) 676-7001

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

WILEY REIN, LLP

By *s/ Daniel J. Standish*
By *s/ Matthew W. Beato*
      Daniel J. Standish (*pro hac vice*)
      Matthew W. Beato (*pro hac vice*)
      1776 K Street
      Washington, DC  20006
      (202) 719-7130
      (202) 719-7518
      *dstandish@wiley.law*
      *mbeato@wiley.law*

**Attorneys for Defendant Federal Insurance Company**

ORDER EXTENDING TRIAL DATE AND RELATED
DATES - 3
CASE NO. 2:20-cv-01113-TSZ

SUMMIT LAW GROUP, PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone:  (206) 676-7000
Fax:   (206) 676-7001