UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRENT FREI,

            Plaintiff,

   v.

FEDERAL INSURANCE COMPANY,

           Defendant.

C20-1113 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The stipulation to allow Plaintiff leave to file a First Amended Complaint, docket no. 22, is GRANTED.  Plaintiff shall electronically file the First Amended Complaint, attached as Exhibit A to the stipulation, via the Case Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the date of this Minute Order.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 25th day of March, 2021.

                      William M. McCool
                      Clerk

                      s/Gail Glass
                      Deputy Clerk

MINUTE ORDER - 1